UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| VICTOR G. HALL, : | |
|     Petitioner, : | |
| : | |
| v. : | File No. 1:09-cv-291 |
| : | |
| WILLIAM H. SORRELL, : | |
|     Respondent. : | |

### ORDER

The Magistrate Judge's Report and Recommendation was filed March 3, 2010. (Doc. 19.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Petitioner's Emergency Motion for Protective Order (Doc. 12) and Motion for Default Judgment (Doc. 13) are DENIED.

This matter is returned to Magistrate Judge John M. Conroy for further proceedings.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 26th day of March, 2010.

                                /s/ J. Garvan Murtha
                                Honorable J. Garvan Murtha
                                Senior United States District Judge